UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Nos. 04-202 (RCL) |
| ) | 05-182 (RCL) |
| RHODA GOODWIN, ) | |
| ) | FILED |
| Defendant. ) | JUN 1 3 2005 |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Government's Motion to convert the sentencing hearing in Criminal Case 04-202 (RCL) scheduled for 9:30 AM EST on June 21, 2005 to a status conference in both Criminal Case 04-202 (RCL) and Criminal Case 05-182 (RCL); the defendant's consent thereto, and the entire record herein; it is hereby

ORDERED that the sentencing set for 9:30 AM EST on June 21, 2005 is hereby VACATED; and it is further

ORDERED that the Court will conduct a status conference in Criminal Cases 04-202 (RCL) and 05-182 (RCL) at 9:30 AM EST on June 21, 2005.

SO ORDERED.

_6/13/05_
DATE

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge