UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal Numbers:   CR-05-182 (RCL)** |
| : | |
| **RHODA GOODWIN,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**CONSENT MOTION TO CONVERT SENTENCING DATE TO STATUS HEARING**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully requests that this Court vacate the June 21, 2005, sentencing date in criminal case CR-04-202 and set both cases for status on the same day for purposes of entering a plea in criminal case CR-05-182. In support of this motion, the government states as follows:

1. Both government counsel and defense counsel expect criminal case CR-050182 to be resolved by plea on the scheduled sentencing date.

2. The government does not want to appear on the scheduled sentence date without being prepared, nor does it want the Court and defense attorney to prepare in light of the fact that a plea is expected.

3. The undersigned Assistant United States Attorney spoke to defense counsel Jenifer Wicks who indicates that she consents to this request because a disposition is expected.

4. This is the first sentencing date set in this matter and there is no prejudice to either party. Moreover, the sentencing in criminal case CR-04-202 will be impacted by the plea in CR-05-182.

WHEREFORE, the government respectfully requests that this Court vacate the June 21, 2005, sentencing date in CR-04-202 and set both cases for status on that day.

    Respectfully submitted,
    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY

_____
Michelle L. Merola
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, N.W.
Room 5239
Washington, D.C. 20530
(202) 353-4862