CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
            vs.             )    Criminal No. 05-182-RCL
                            )
    Rhoda Goodwin           )
                            )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge

Date: 6/21/05

FILED
JUN 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT