AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF _____

FILED
JUN 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.
Rhoda Goodwin

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-182-RCL

I, _Rhoda Goodwin_, the above named defendant, who is accused of

_Conspiracy to commit wire fraud_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 21, 2005_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Rhoda Goodwin_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer