IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | :    04-CR-202 (RCL) |
| V. | :    05-CR-182 (RCL) |
| | :    Sentencing 1/20/2006 9:30 am |
| RHODA GOODWIN | : |
| | : |

**MOTION TO CONTINUE**

     Rhoda Goodwin, through undersigned counsel, respectfully move this Honorable Court, pursuant to the Federal Rules of Criminal Procedure and the Sixth Amendment to the United States Constitution, for a brief continuance of the sentencing date in this matter to a date convenient to the parties and the Court. In support of this motion, counsel states the following:

     1.     Ms. Goodwin is before this Court pending sentencing.

     2.     This matter is set for sentencing on January 18, 2006.

     3.     Undersigned counsel is in trial before Judge Walton in a matter that shall continue to the middle of February. While counsel received a draft of the government's sentencing memorandum on Friday, she did not receive the final draft until this morning and needs additional time to respond adequately with time for the Court to review such submission before the sentencing date.

     4.     Yesterday, Ms. Goodwin was informed that she had been scheduled for eye surgery this Friday for glaucoma. If she does not have this surgery this week, she cannot have it until late February. Her vision is blurred and she needs to have this surgery as soon as possible to avoid additional problems.

     4.     The defense request a continuance for a week or two to a date convenient to all

parties and the Court.

    5.    Counsel has contacted both David Woll and Anthony Alexis, AUSAs working on this matter, but at the time of the filing of this motion, has not determined their position.

    WHEREFORE, for the foregoing reasons and for such other reasons that may appear at a hearing on this Motion, Ms. Goodwin and counsel respectfully request that this Honorable Court select a new sentencing date in this matter convenient to the parties and the Court.

    Respectfully submitted,

JENIFER WICKS
DC Bar # 465476

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867