IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | 04-CR-202 (RCL) |
| **V.** : | 05-CR-182 (RCL) |
| : | Sentencing 1/20/2006 9:30 am |
| **RHODA GOODWIN** : | |
| : | |

**SUPPLEMENT TO MOTION TO CONTINUE**

Rhoda Goodwin, through undersigned counsel, respectfully submits the following to supplement the motion to continue:

1. Mr. David Woll, the AUSA assigned to this matter, does not oppose the motion.

2. The government has not yet received any victim impact statement, but anticipates receiving one this week.

Respectfully submitted,

_____
JENIFER WICKS
DC Bar # 465476

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867