IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | 04-CR-202 (RCL) |
| v. | : | 05-CR-182 (RCL) |
| | : | |
| RHODA GOODWIN | : | |
| | : | |

FILED

JAN 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the *unopposed* MOTION TO CONTINUE and for good cause shown, it is this 19th day of January, 2006 hereby

ORDERED that the sentencing date of January 20, 2006 is VACATED and sentencing is continued to the next date available to the court and the parties, to be scheduled by the Clerk.

*Royce C. Lamberth*
US District Court Judge Royce C. Lamberth

C:
Anthony Alexis, Esq.
David Woll, Esq.
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Facsimile 307-2304

Jenifer Wicks, Esquire
503 D Street NW Suite 250A
Washington, D.C. 20001
Facsimile 478-0867

LaVerne Ebron
US Probation
Facsimile 273-0242