HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: **05-182-01 and 04-202-01 (Merged)** |
| | : | |
| vs. | : | SSN: |
| | : | |
| Rhoda Goodwin | : | Disclosure Date: **August 19, 2005** |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

FILED

FEB 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(CHECK APPROPRIATE BOX)

[X]    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

David C. Woll, Jr.                                     12-12-05
**Prosecuting Attorney**                               Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____          _____   _____
Defendant          Date                     Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Friday, September 2, 2005**, to U.S. Probation Officer **LaVerne A. Ehron**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 12, 2005

**Via Facsimile (202-273-0242)**
LaVerne A. Ebron
United States Probation Officer
U.S. Courthouse
Washington, D.C.

    Re:    Presentence Investigation Report for Rhoda Goodwin
              Docket No.: CR-05-182-01 and 04-202-01

Dear Ms. Ebron,

    I recently received your draft Presentence Investigation Report ("PSI") in the case of United States v. Rhoda Goodwin (case numbers CR-05-182-01 and 04-202-01). You requested that the government report any material or factual inaccuracies in the PSI by Monday, December 12, 2005.

    There appears to be the following minor inaccuracies with the PSI. First, the attorneys for the government should be listed as David C. Woll, Jr., and Anthony Alexis, rather than Michelle Merola.

    The first sentence of paragraph 11 of the PSI currently reads as follows: "On or about 6/6/2002 . . . ." It should read as follows: "In or about June 2003."

    In the final sentence of paragraph 17, the PSI indicates that Rita Duncan was not formally charged by the government. In fact, an indictment was filed against Ms. Duncan on March 9, 2004, and a superceding indictment was filed against Ms. Duncan on May 25, 2004. Moreover, Ms. Duncan appeared before the Honorable Gladys Kessler on Wednesday, November 23, 2005, and pled guilty to one count of Mail Fraud. Ms. Duncan will be sentenced on March 30, 2006.

    In paragraph 18, concerning victim impact, you may want to include victim information and/or restitution amounts in case number CR-04-202-01.

    In paragraph 91, the victim information for Watergate Dental Associates is as follows: Watergate Dental Associates, Attn: Dr. Thomas Gluck, 2506 Virginia Avenue, N.W.,

Washington, D.C. 20037. Dr. Gluck's telephone number is 202-965-5400.

Please contact me at 202-514-4250 with any questions or concerns regarding this matter. Thank you for preparing the PSI, and for your help in this matter.

Sincerely,

KENNETH L. WAINSTEIN
United States Attorney

By:      _____

David Carey Woll, Jr.
Assistant United States Attorney

cc:    Jenifer Wicks, Esq.
       503 D Street, N.W.
       Suite 250A
       Washington, D.C. 20001