Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 05-cr-182 RCL
)
Rhoda Goodwin )

## NOTICE OF APPEAL

**FILED**

FEB - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:   Rhoda Goodwin
DCDC 284-115
1901 D Street SE
Washington, DC 20003

Name and address of appellant's attorney:   Jenifer Wicks
503 D Street NW Suite 250A
Washington, DC 20001

Offense:   18 usc 371, 1343

Concise statement of judgment or order, giving date, and any sentence:

judgment and commitment 2/3/2006 46 months and 3 years supervised release

Name and institution where now confined, if not on bail:   DC Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

2/6/06
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?   YES ☐   NO ✓
Has counsel ordered transcripts?   YES ☐   NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ✓   NO ☐

*No docketing stmt. received*