UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>v. ) Criminal Action No. 05-182 (RCL)<br> )<br>RHODA GOODWIN, )<br> )<br>Defendant. )<br> ) | FILED<br>APR 1 1 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Due to a clerical error, the Judgment and Commitment Order, filed on February 8, 2006, will be substituted by the attached Amended Judgment and Commitment Order. Page 3 of the Amended Judgment was inadvertently deleted from the originally filed Judgment, although the 3-year term of supervised release was imposed in open court on February 3, 2006.

The Clerk of the Court shall send a copy of this Order and the Amended Judgment to Mr. Dennis R. Melick, Federal Bureau of Prison Designation and Computation Center, Grand Prairie, Texas.

SO ORDERED.

Date: 4/7/06

Royce C. Lamberth
United States District Judge