UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Criminal Action No. 05-182 (RCL) |
| ) | |
| RHODA GOODWIN,   ) | |
| ) | **FILED** |
| Defendant.   ) | APR 11 2006 |
| ) | |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

By Order filed March 22, 2006, the Court of Appeals held the plaintiff's appeal in abeyance pending resolution of the plaintiff's Motion [18] for Leave to Proceed *in forma pauperis*. The plaintiff's motion is hereby granted. The Clerk shall promptly transmit a copy of this Order to the Court of Appeals.

SO ORDERED.

Date: 4/7/06

Royce C. Lamberth
United States District Judge