# United States Court of Appeals
### For The District of Columbia Circuit

---

No. 06-3034                                     September Term, 2006

05cr00182-01

Filed On:

United States of America,
    Appellee

v.

Rhoda Goodwin,
    Appellant



FILED
JUN - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of appellant's motion to dismiss appeal and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Nancy G. Dunn
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: *Sabrina Crisp*     Deputy Clerk